**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NAFIS QUAYE, | : | Civil No. 1:25-CV-02458 |
| Petitioner, | : | |
| v. | : | |
| WARDEN J. GREENE , | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 17th day of August 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition, Doc. 1, is **DENIED**.
2. The Clerk of the Court is directed to term Petitioner's motion for jurisdiction and support memorandum, Doc. 2, as the document is a brief in support of his petition and not a motion.
3. The Clerk of the Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania